**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6365**

---

RICHARD GREGG DAVIS,

Plaintiff - Appellant,

versus

J. B. TAYLOR, Warden; BOBBY W. SOLES, Assis-
tant Warden; BARBARA WHEELER, Head of Treat-
ment; PEGGY SPICER; A. SMITH, Lieutenant,
Security Staff; J. LYTTLE, Sergeant, Security
Staff,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Henry C. Morgan, Jr., District
Judge.  (CA-95-1150-2)

---

Submitted:  June 20, 1996          Decided:  July 9, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Richard Gregg Davis, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint pursuant to 28 U.S.C. § 1915(d) (1988). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Davis v. Taylor</u>, No. CA-95-1150-2 (E.D. Va. Mar. 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>